# EXHIBIT A



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
## TXu 2-143-107
**Effective Date of Registration:**
May 31, 2019

---

## Title

| | |
|---|---|
| Title of Work: | CBDLiving.com Website |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2018 |

## Author

| | |
|---|---|
| • Author: | Water for Living LLC |
| Author Created: | text, photograph(s) |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Water for Living LLC |
| | E. Harrison St. Unit 100, Corona, CA, 92879, United States |

## Certification

| | |
|---|---|
| Name: | Anderson J. Duff |
| Date: | May 31, 2019 |

| | |
|---|---|
| Correspondence: | Yes |

Page 1 of 1





# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VAu 1-356-891**

Effective Date of Registration:
May 31, 2019

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

Title _____

Title of Group: Photographs for Website and Marketing
Number of Photographs in Group: 286

- **Individual Photographs:** 01_2_1.jpg, 01-orange-cookies.jpg, 01-zkittles.jpg, 01.jpg, 02_1_2.jpg, 02_2.jpg, 02_3.jpg, 02_5.jpg, 02-1.jpg, 03_1_1.jpg, 03-gelato_1.jpg, 03-oragne-cookies.jpg, 03-kittles.jpg, 03.jpg, 04_2.jpg, 04_3.jpg, 04_5.jpg, 04.jpg, 05_3.jpg, 05_3.jpg, 05_5.jpg, 2019_05_16_CBD_FULL_RES_SELECTS_6-1400x793.jpg, am-syrup-grape.jpg, amber-2.jpg, amber.jpg, banner2-small.jpg, bathbombs.jpg, berry_black_01.jpg, berry_black_02.jpg, berry_black_023.jpg, blerry_black_04.jpg, blue-berry_01.jpg, blue-berry_02.jpg, blue-berry_03.jpg, blue-berry_04.jpg, blue-berry_05.jpg, bubble-gum_01.jpg, bubbe-gum_02.jpg, bubble-gum_03.jpg, bubble-gum_04-1.jpg, bubble-gum_04.jpg, bubble-gum_05.jpg, CBD_Living_1000mg_E_Juice_Passion_Orange_Guava_frnt.jpg, CBD_Living_1000mg_E_Juice_Passion_Orange_Guava_lft.jpg, CBD_Living_1000mg_E_Juice_Passion_Orange_Guava_rt-1.jpg, CBD_Living_1000mg_E_Juice_tropical_Blend_frnt.jpg, CBD_Living_1000mg_E_Juice_tropical_Blend_lft.jpg, CBD_Living_1000mg_E_Juice_tropical_Blend_rt.jpg, CBD_Living_1000mg_E_Juice_Unflavored_frnt.jpg, CBD_Living_1000mg_E_Juice_Unflavored_lft.jpg

- **Individual Photographs:** CBD_Living_1000mg_E_Juice_Unflavored_rt.jpg, CBD_Living_1000mg_E_Juice_Watermelon_bubblegum_frnt.jpg, CBD_Living_1000mg_E_Juice_Watermelon_bubblegum_lft.jpg, CBD_Living_1000mg_E_Juice_Watermelon_bubblegum_rt.jpg, CBD_Living_Infuser_Ball_3qtr_lft_prod-1.jpg, CBD_Living_Infuser_Ball_3qtr_rt_prod.jpg, CBD_Living_Loose-Leaf_Tea_Straw_3qtr_lft_prod.jpg, CBD_Living_Loose-Leaf_Tea_Straw_back.jpg, CBD_Living_Silicone_Infuser_3qtr_lft_prod.jpg, CBD_Living_Silicone_Infuser_3qtr_lft.jpg, CBD_Living_Silicone_Infuser_back.jpg, CBD_Living_Silicone_Infuser_rt.jpg, CBD_Living_Tea_Infuser_3qtr_lft_Prod.jpg, CBD_Living_Tea_Infuser_3qtr_rt_prod.jpg, CBD_Living_Tea_Infuser_3qtr_rt.jpg, CBD-Water-Photos-by-Fox-and-Nug-50-tall.jpg, chai_turmeric_01_1.jpg, chai_turmeric_01.jpg, chai_turmeric_02_case.jpg, chai_turmeric_02.jpg, chai_turmeric_03_1.jpg, chai_turmeric_03.jpg, chai_turmeric_04_1.jpg, chai_turmeric_04.jpg, cherry-1.jpg, cherry-2.jpg, cherry-3.jpg, cherry-4.jpg, cherry-5.jpg, cherry-bag-1-

Page 1 of 3

- **Individual Photographs:** 1.jpg, cherry-bag-1.jpg, cherry-bag-2.jpg, cherry-rings-1.jpg, cherry-rings-2.jpg, cherry-rings-3.jpg, cherry-rings-4.jpg, chocolate-2_1.jpg, chocolate-3.jpg, chocolate-4.jpg, chocolate-5.jpg, chocolate.jpg, cinnamon_swirl_01.jpg, cinnamon_swirl_02.jpg, cinnamon_swirl_03.jpg, coconut_herbal_01.jpg, coconut_herbal_02.jpg, coconut_herbal_03.jpg, coconut_herbal_04.jpg, dark-chocolate-1.jpg, dark-chocolate-2.jpg

- **Individual Photographs:** dark-chocolate-3.jpg, dark-chocolate-4.jpg, dark-chocolate-422.jpg, eucalyptus-2.jpg, eucalyptus.jpg, freeze-1.jpg, freeze-2.jpg, freeze-3.jpg, freeze.jpg, gel-caps-3_2.jpg, gel-caps-3.jpg, gel-caps-5-2.jpg, gel-caps-5-3.jpg, gel-caps-5-22.jpg, gel-caps-5.jpg, gel-caps-30-2.jpg, gel-caps-30-3.jpg, gel-caps-30.jpg, grape-fruit_01.jpg, grape-fruit_02.jpg, grape-fruit_03.jpg, grape-fruit_04.jpg, grape-fruit_05.jpg, green-apple-bag-1.jpg, green-apple-bag-2.jpg, green-apple-1.jpg, green-apple-2.jpg, green-apple-3.jpg, green-apple-4.jpg, green-apple-5.jpg, green-apple-rings-1.jpg, green-apple-rings-2.jpg, green-apple-rings-3.jpg, green-apple-rings-4.jpg, gummies-2.jpg, gummies-3.jpg, gummies-4.jpg, gummies-sour-2.jpg, gummies-sour-3.jpg, gummies-sour-4.jpg, gummies-sour.jpg, gummies.jpg, img_1849_1.jpg, instant_matcha_01.jpg, instant_matcha_02.jpg, instant_matcha_03.jpg, instant_matcha_04.jpg, isolate_1_1.jpg, isolate_2_1.jpg, isolate_3_1.jpg

- **Individual Photographs:** isolate_4_1.jpg, isolate_5_1.jpg, isolate-bag-2.jpg, lavander-1.jpg, lavander.jpg, lemon-2.jpg, lemon.jpg, living-gummies-1.jpg, living-gummies-2.jpg, living-gummies-3.jpg, living-gummies-4._2.jpg, iving gummies-4.jpg, living-patch-1.jpg, living-patch-2_1.jpg, living-patch-2.jpg, living-patch-3_1.jpg, living-patch-3.jpg, living-patch-4_1.jpg, living-patch-4.jpg, living-patch-box_1.jpg, living-patch-creative_1.jpg, living-patch-open_1.jpg, lotion_01_1.jpg, lotion_01_2.jpg, lotion_01.jpg, lotion_02_1.jpg, lotion_02_2.jpg, lotion_02.jpg, lotion_03_1.jpg, lotion_03_2.jpg, mango_herbal_01.jpg, mango_herbal_02.jpg, mango_herbal_03.jpg, mango_herbal_04.jpg, natural_01.jpg, natural_02.jpg, natural_03.jpg, natural_05.jpg, passion_fruit_1.jpg, passion_fruit_2.jpg, passion_fruit_3.jpg, passion_green_01.jpg, passion_green_02-1.jpg, passion_green_02.jpg, passion_green_03.jpg, passion_green_04.jpg, patch_12.jpg, pet-caps-2-1.jpg, pet-caps-2.jpg, pet-caps-3.jpg

- **Individual Photographs:** pet-caps-4.jpg, pet-caps.jpg, pina_colada_1.jpg, pina_colada_2.jpg, pina_colada_3.jpg, shatter-bag-1.jpg, sleep-aid-cherry_1.jpg, sleep-aid-cherry-2_2.jpg, sleep-aid-cherry-3_2.jpg, sleep-aid-grape_1.jpg, sleep-aid-grape-2_2.jpg, sleep-aid-grape-3_2.jpg, soap-amber-1.jpg, soap-amber-2.jpg, soap-amber-3_1.jpg, soap-amber.jpg, soap-coconut-lime-1.jpg, soap-coconut-lime-2.jpg, soap-coconut-lime-3.jpg, soap-coconut-lime.jpg, soap-eucalyptus-1.jpg, soap-eucalyptus-3.jpg, soap-eucalyptus.jpg, soap-lavender-1.jpg, soap-lavender-2.jpg, soap-lavender-3.jpg, soap-lavender.jpg, sour-diesel_01.jpg, sour-diesel_02.jpg, sour-diesel_03.jpg, sour-diesel_04.jpg, sour-diesel_05.jpg, strawberry_cream_1_1.jpg, strawberry_cream_2_1.jpg, strawberry_cream_3_1.jpg, tangie_01.jpg, tangie_02.jpg, tangie_03.jpg, tangie_04.jpg, tangie_05.jpg, tincture_1_1_1.jpg, tincture_1_1_1.jpg, tincture_1_1.jpg, tincture_1.jpg, tincture-3_1_1_1.jpg, tincture-3_1_1.jpg, tincture-3_1.jpg, tincture-3.jpg, tincture-4_1_1_1.jpg, tincture-4_1_1.jpg, tincture-4_1.jpg

- **Individual Photographs:** tincture-4.jpg, tincture-250-1.jpg, tincture-250-2.jpg, tincture-250.jpg, tincture-500-1.jpg, tincture-500-2.jpg, tincture-500.jpg, tincture-750-2.jpg, tincture-750.jpg, tincture-1000-2_1.jpg, tincture-1000-2.jpg, tincture-1000.jpg, tincture.jpg, toffee_cream_1.jpg, toffee_cream_2.jpg, toffee_cream_3.jpg, tropical_blend_1.jpg, tropical_blend_2.jpg, tropical_blend_3.jpg, tshirt-royal-back_6.jpg, tshirt-royal-front_6.jpg, tshirt-white-back_7.jpg, tshirt-white-front_1_2.jpg, unflavored_1.jpg, unflavored_2.jpg, unflavored_3.jpg, vegan-



gummies-1.jpg, vegan-gummies-2.jpg, vegan-gummies-3.jpg, vegan-gummies-4.jpg, water_111sqr-1.png, water_111sqr.png, water_case_sqr.png, watermelon_bubblegum_1.jpg, watermelon_bubblegum_2.jpg, watermelon_bubblegum_3.jpg

## Completion/Publication

**Year of Completion:** 2018

## Author

- **Author:** Water for Living LLC
- **Author Created:** photographs
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Water for Living LLC
E. Harrison St., Unit 100, Corona, CA, 92879, United States

## Certification

**Name:** Anderson J. Duff
**Date:** May 31, 2019

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Case 8:21-cv-00094-DOC-JDE   Document 1-1   Filed 01/15/21   Page 6 of 6   Page ID #:30