# EXHIBIT B



 



## About Natural CBD Living water

Global scientists, business minds and thought leaders have come together to form CBD Living, an international, world-class company producing CBD (cannabidiol) products far superior to any other hemp-derived CBD product on the market.

Our team watched the global hemp industry develop by lab-testing claims on other company's products. We saw so many gaps between what people were advertising and the level of expertise that companies were bringing to the CBD extraction process, and recognized that we had an opportunity to push the envelope on the science of CBD.

The secret to our superior products lies in our use of nanotechnology, a unique manufacturing process that reduces CBD molecules into nano-sized droplets, without the addition of emulsifiers. The nanotechnology process allows for CBD to absorb into the body more efficiently. This proprietary technology increases the efficacy of the CBD by increasing its bioavailability up to 90 percent, delivering CBD directly to the CB1 and CB2 receptors of the body's endocannabinoid system.

## Established

*First established in 2013 and headquartered in Corona, California, CBD Living has a global reach for our products through our vast distribution in stores all over the world. Our products are organically grown in Colorado at a state-licensed hemp farm and extraction facility.*

CBD Living offers a vast array of products to meet different preferences and lifestyles. From CBD-infused water to capsules, soaps, bath bombs, patches, gummies and more, CBD Living brings sophistication and scientific rigor to the CBD extraction process, using our nanotechnology to deliver maximum benefit to the consumer., extractors and manufacturers are paid a fair wage above market rates. Our products are all fair trade, embracing our global values to advance employment and labor practices through the hemp CBD industry. Our products are never tested on animals.



**DO YOU HAVE QUESTIONS?**
sales@naturalcbdliving.com



**NATIONWIDE SHIPPING**
We ship to all US states



**EASY SECURE PAYMENTS**
VISA - MASTERCARD - AMEX - DISCOVER

## BE THE FIRST TO KNOW

Get all the latest information on Events, Sales and Offers.
Sign up for newsletter today.

Email Address    Subscribe

☐ ☐

## CONTACT INFORMATION

✉ Email: sales@naturalcbdliving.com

### MY ACCOUNT

About us      Home

Contact us      Privacy Policy

My Account      FDA Disclosure

### FDA DISCLOSURE

These Statements have not been evaluated by the FDA and are not intended to diagnose, treat or cure any disease. Always check with your physician before starting a new dietary supplement program.

### WORKING DAYS/HOURS

Mon - Sun / 9:00AM - 5:00PM

©2018 • Natural CBD Living • All Rights Reserved