# EXHIBIT C



 

HOME > SHOP > EDIBLES & DRINKS > GUMMIES



EDIBLES & DRINKS, GUMMIES

### Living Gummies

$40.00

ADD TO CART



EDIBLES & DRINKS, GUMMIES

### Living Gummy Rings Bag Cherry 100mg

$20.00

ADD TO CART



EDIBLES & DRINKS, GUMMIES

### Living Gummy Rings Bag Green Apple 100mg

$20.00

ADD TO CART



EDIBLES & DRINKS, GUMMIES

### Living Natural Gummies Bag

$20.00

ADD TO CART



EDIBLES & DRINKS, GUMMIES

### Living Sour Gummies

$40.00

ADD TO CART



EDIBLES & DRINKS, GUMMIES

### Living Sour Gummies Bag

$20.00

ADD TO CART





EDIBLES & DRINKS, GUMMIES

## Living Vegan Gummies

$46.00

ADD TO CART

---

### DO YOU HAVE QUESTIONS?
sales@naturalcbdliving.com

### NATIONWIDE SHIPPING
We ship to all US states

### EASY SECURE PAYMENTS
VISA - MASTERCARD - AMEX - DISCOVER

---

### BE THE FIRST TO KNOW

Get all the latest information on Events, Sales and Offers. Sign up for newsletter today.

Subscribe

### CONTACT INFORMATION

Email: sales@naturalcbdliving.com

| MY ACCOUNT | | FDA DISCLOSURE | WORKING DAYS/HOURS |
|---|---|---|---|
| About us | Home | These Statements have not been evaluated by the FDA and are not intended to diagnose, treat or cure any disease. Always check with your physician before starting a new dietary supplement program. | Mon - Sun / 9:00AM - 5:00PM |
| Contact us | Privacy Policy | | |
| My Account | FDA Disclosure | | |

©2018 • Natural CBD Living • All Rights Reserved