# EXHIBIT D

HOME ▸ NEW PRODUCTS



 Natural CBD Living offers a vast array of products to meet different preferences and lifestyles. From CBD-infused water to capsules, soaps, bath bombs, patches, gummies and more. Natural CBD Living brings sophistication and scientific rigor to the CBD extraction process, using our nanotechnology to deliver maximum benefit to the consumer. Extractors and manufacturers are paid a fair wage above market rates. Our products are all fair trade, embracing our global values to advance employment and labor practices through the hemp CBD industry. Our products are never tested on animals.

## Quick Buy

Choose from the most popular

| Edible Gummies ••• | Tinctures ◐ | Capsules ▢ | Living Freeze ✱ | Living Water |

## Who does'nt love Gummies?

CBD Gummies are a convenient, delicious way to enjoy your daily dose of CBD. Each gummy is infused with 10mg of Nano-CBD (300mg Per Bottle) for maximum bioavailability. One bottle contains 30 gummies of various natural flavors including Cherry, Lime, Pineapple, Orange and Lemon. CBD Living Gummies are a great product for people who are on the go! Each gummy contains 10mg of CBD, so there is no guesswork when dosing.

Priced from $20 to $46 - Varied Sizes



*Clicking this button will open the Natural CBD Site



Site Map

HOME

About Us

Team DFX

PRODUCTS

MEDIA

TESTIMONIALS

NEWSLETTER SIGNUP

By subscribing to our mailing list you will always be update with the latest news from us.

your.address@email.com

We never spam!

GET IN TOUCH

**T (714) 630 0909**

Email: info@mydfxpro.com

DFX Sports & Fitness

1144 N. Grove Street Anaheim, CA 92806

◉ Open in Google Maps

---

© 2019 DFX Sport & Fitness LLC. All Rights Reserved.