# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATER FOR LIVING, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff(s)<br>v.<br>GFORCE CORPORATION d/b/a DFX SPORTS & FITNESS LLC, a Nevada corporation, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>8:21-cv-00094 DOC (JDEx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [15][20]** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Duff, Anderson J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

646.450.3607       917.920.4217
*Telephone Number       Fax Number*

ajd@hoganduff.com
*E-Mail Address*

of  Duff Law PLLC
43-10 Crescent St. Ste. 1217
New York, New York 11101
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Water for Living, LLC

*Name(s) of Party(ies) Represent*       ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Yoo, S. Christopher
*Designee's Name (Last Name, First Name & Middle Initial)*

169442       714.852.6800       714.852.6899
*Designee's Cal. Bar No.   Telephone Number   Fax Number*

cyoo@alvaradosmith.com
*E-Mail Address*

of  Alvarado Smith
1 MacArthur Place, Suite 200
Santa Ana, California 92707
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☑ **GRANTED**
☐ **DENIED:**
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: February 10, 2021**

*/s/ David O. Carter*
**David O. Carter, U.S. District Judge**