Name, Address and Telephone Number of Attorney(s):

Anderson J. Duff, Duff Law PLLC, 43-10 Crescent St. Ste. 1217 New York, NY 11101, (t) 646.450.3607

Philip R. Guerts, Guerts Law Firm, 17011 Beach Blvd., Ste. 900, Huntington Beach, CA, (t) 714.307.9192

**CLEAR FORM**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

WATER FOR LIVING, LLC,

Plaintiff(s)

v.

GFORCE CORPORATION d/b/a DFX SPORTS & FITNESS LLC; CENTURY TREE SERVICE, INC.; and FLOYD TOM SMITH,

Defendant(s).

CASE NUMBER:

8:21-cv-00094-DOC-JDE

**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**

**CHECK ONLY ONE BOX:**

☐ The parties stipulate that _____ may serve as the Panel Mediator in the above-captioned case. _____ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours. All parties and the Panel Mediator have agreed that the mediation will be held on _____ (Date) and counsel will submit mediation statements seven (7) calendar days before the session.

☑ The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : trademark/copyright

Dated: June 14, 2021              /s/Anderson J. Duff
                                  Attorney For Plaintiff    Water for Living, LLC

Dated:                            _____
                                  Attorney For Plaintiff

Dated: June 14, 2021              /s/Philip R. Guerts
                                  Attorney For Defendant    Century Tree Service, Inc.

Dated: June 14, 2021              /s/Philip R. Guerts
                                  Attorney For Defendant    Floyd T. Smith

Attorney for Plaintiff to electronically file original document.