Phillip Geurts, SBN 231320
Geurts Law Firm
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647
Telephone: 714-307-9192
Facsimile: 949-861-6155
Email Address: phil@mgcalaw.com

Attorney for Defendants
Gforce Corporation d/b/a DFX Sports &
Fitness LLC, Century Tree Service, Inc. and
Tom Smith

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATER FOR LIVING, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>GFORCE CORPORATION d/b/a DFX SPORTS & FITNESS LLC, a Nevada corporation; CENTURY TREE SERVICE, INC., a California corporation; and TOM SMITH, an individual in California,<br><br>    Defendants. | Case No.: 8:21-cv-00094-DOC (JDE)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDICIAL OFFICER: Hon. James V. Selna<br><br>**STIPULATED MOTION AND ORDER TO EXTEND FACT DISCOVERY DEADLINE AND MODIFY EXPERT DISCOVERY DISCLOSURE DATES** |
| FLOYD TOM SMITH, an individual in California,<br><br>    Counter Claimant,<br><br>    v.<br><br>WATER FOR LIVING, LLC, a Delaware Limited Liability Company,<br><br>    Counter Defendant. | |

      Plaintiff/Counter Claimant Water for Living, LLC and Defendants Gforce Corporation d/b/a DFX Sports & Fitness LLC, Century Tree Service, Inc., Tom Smith aka Floyd Tom Smith, hereby stipulate to an extension of the deadline for fact discovery and the modification of deadlines for expert discovery as follows:

1   WHEREAS, the Court's Scheduling Order of May 24, 2021, provides deadlines of November 26, 2021, for non-expert and expert discovery;

2   WHEREAS, the parties have engaged in an initial exchange of written discovery requests and responses;

3   WHEREAS, the Parties are also engaged in meet and confer sessions regarding the responses to the written discovery and it is appears the parties may be able to reach resolution without Court intervention;

4   WHEREAS, a Panel Mediator has been assigned and the Parties are considering this further step, if necessary;

5   WHEREAS, considering the foregoing, a non-expert discovery deadline of November 26, 2021, may not provide the parties sufficient time to bring any disputes to the Court for resolution as to either depositions or written discovery prior to the non-expert discovery cut-off;

6   WHEREAS, the parties do not contemplate the need for retention of experts in this action and, as such, can modify the expert discovery dates without requiring an extension of the expert discovery deadline; and

7   WHEREAS, the requested extension will not require a continuance of the trial date set for February 22, 2022.

## STIPULATION

THEREFORE, it is hereby stipulated and agreed by the parties, as follows:

1. The deadline for non-expert discovery shall be extended to December 21, 2021;

2. Expert disclosures, if any, shall be made by December 21, 2021; and

3. Discovery Motions shall be made by December 26, 2021.

IT IS HEREBY STIPULATED

DATED:  November 16, 2021          GEURTS LAW FIRM

By: /Phillip Geurts/_____
    Phillip Geurts,
    *Attorney for Defendants/Cross-Complainant*
    Gforce Corporation d/b/a DFX Sports &
    Fitness LLC, Century Tree Service, Inc. and
    Tom Smith

| | | |
|---|---|---|
| 1 | DATED:  November 16, 2021 | By: /Anderson J. Duff/ |
| 2 | | Anderson Duff, |
| | | *Attorney for Plaintiff/Counter-Defendant* |
| 3 | | Water for Living, LLC |

**[PROPOSED] ORDER**

This Court has reviewed and considered the above stipulation among the parties. Based on the representations and the declaration submitted therewith, and for good cause shown, it is hereby ORDERED that the Scheduling Order (Doc. 36) is modified as follows:

1. The deadline for non-expert discovery shall be extended to December 21, 2021;

2. Expert disclosures, if any, shall be made by December 21, 2021; and

3. Discovery Motions shall be made by December 26, 2021.

These modifications do not change any other existing scheduling deadlines, including the pretrial conference and trial dates.

IT IS SO ORDERED.

DATED: _____                          By: _____
                                                                              Judge James V. Selna