# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATER FOR LIVING, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>GFORCE CORPORATION d/b/a DFX SPORTS & FITNESS LLC, a Nevada corporation; CENTURY TREE SERVICE, INC., a California corporation; and TOM SMITH, an individual in California,<br><br>FLOYD TOM SMITH, an individual in California,<br><br>    Counter Claimant,<br><br>    v.<br><br>WATER FOR LIVING, LLC, a Delaware Limited Liability Company,<br><br>    Counter Defendant. | Case No.: 8:21-cv-00094-DOC (JDE)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDICIAL OFFICER: Hon. David O. Carter<br><br>**ORDER TO EXTEND FACT DISCOVERY DEADLINE AND MODIFY EXPERT DISCOVERY DISCLOSURE DATES** |

# ORDER

This Court has reviewed and considered the above stipulation among the parties. Based on the representations and the declaration submitted therewith, and for good cause shown, it is hereby ORDERED that the Scheduling Order (Dkt. 36) is modified as follows:

1. The deadline for non-expert discovery shall be extended to December 21, 2021;

2. Expert disclosures, if any, shall be made by December 21, 2021; and

3. Discovery Motions shall be made by December 26, 2021.

These modifications do not change any other existing scheduling deadlines, including the pretrial conference and trial dates.

IT IS SO ORDERED.

DATED: November 17, 2021        By: _/s/ David O. Carter_
                                    Judge David O. Carter