# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Water for Living, LLC | CASE NUMBER: |
|---|---|
| v. **Plaintiff(s)** | 8:21-cv-00094-DOC-JDE |
| GForce Corporation, et al., | **NOTICE OF MEDIATION DATE** |
| **Defendant(s).** | |

**YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE**

for December 21, 2021   at 2:00   ☐ a.m. / ☑ p.m.

**LOCATION:** via Zoom

> The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

Dated: November 29, 2021

**Panel Mediator:** Roger W. Clark
**Address:** 100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
**Phone:** (310) 478-0077