S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
JACOB M. CLARK (CA Bar No. 266630)
jclark@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Anderson J. Duff (*pro hac vice*)
ajd@hoganduff.com
Duff Law PLLC
43-10 Crescent St. Ste. 1217
New York, New York 11101
Tel: (646) 450-3607

*Attorneys for Plaintiff*
*Water for Living, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATER FOR LIVING, LLC, a Delaware Limited Liability Company,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>GFORCE CORPORATION d/b/a DFX SPORTS & FITNESS LLC, a Nevada corporation; CENTURY TREE SERVICE, INC., a California corporation; and TOM SMITH, an individual in California,<br><br>　　　Defendants.<br><br>FLOYD TOM SMITH, an individual in California,<br><br>　　　Counter Claimant,<br><br>　　　v.<br><br>WATER FOR LIVING, LLC, a Delaware Limited Liability Company,<br><br>　　　Counter Defendant. | Case No.: 8:21-cv-00094-DOC (JDE)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDICIAL OFFICER: Hon. David O. Carter<br><br>**SECOND STIPULATED MOTION AND PROPOSED ORDER TO EXTEND FACT DISCOVERY DEADLINE AND MODIFY REMAINING DEADLINES** |

Plaintiff/Counter Claimant Water for Living, LLC and Defendants Gforce Corporation d/b/a DFX Sports & Fitness LLC, Century Tree Service, Inc., Tom Smith aka Floyd Tom Smith, hereby stipulate to an extension of the deadline for fact discovery and the modification of deadlines for expert discovery as follows:

WHEREAS, the Court's Scheduling Order of May 24, 2021 (ECF No. 36) provided for the following deadlines:  (i) November 26, 2021, for non-expert and expert discovery; (ii) January 10, 2022 at 8:30 a.m. PT; (iii) February 7, 2022 at 8:30 a.m. PT; and (iv) February 22, 2022 at 8:30 a.m. PT for jury trial;

WHEREAS, on November 17, 2021 this Court approved a stipulated extension of the deadlines for fact discovery and expert discovery to December 21, 2021 with discovery motions made by December 26, 2021;

WHEREAS, the Parties have mediation scheduled for December 21, 2021;

WHEREAS, the Parties are also engaged in meet and confer sessions regarding the responses to the written discovery and it is appears the parties may be able to reach resolution without Court intervention;

WHEREAS, the current motion cut-off deadline of January 10, 2022 places the deadline for motions for summary judgment at December 13, 2021, which predates the Parties' scheduled mediation and the pending depositions of the respective parties;

WHEREAS, the Parties are engaged in productive settlement discussions; and

WHEREAS, the requested extension would require a continuance of the trial date currently set for February 22, 2022.

### STIPULATION

THEREFORE, it is hereby stipulated and agreed by the parties, as follows:

1. The deadline for non-expert discovery shall be extended to January 21, 2022;

2. Expert disclosures, if any, shall be made by January 21, 2022;

3. Discovery Motions shall be made by February 6, 2022;

4. Motion Cut-Off Hearing Date is February 14, 2022 at 8:30 a.m. PT;

5. Final Pretrial Conference is set for March 7, 2022 at 8:30 a.m. PT; and

6. Jury Trial is set for March 28, 2022.

IT IS HEREBY STIPULATED

DATED: December 13, 2021    GEURTS LAW FIRM

By:   /Phillip Geurts/
Phillip Geurts,
*Attorney for Defendants/Cross-Complainant*
Gforce Corporation d/b/a DFX Sports & Fitness LLC, Century Tree Service, Inc. and
Tom Smith

DUFF LAW PLLC

DATED: December 13, 2021    By:   /Anderson J. Duff/
Anderson Duff,
*Attorney for Plaintiff/Counter-Defendant*
Water for Living, LLC

---

SECOND STIPULATED MOTION AND ORDER TO EXTEND DEADLINES

PAGE 3

5157715.1 -- N1702.3