|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | This Court has reviewed and considered the above stipulation among the |
| 3 | parties. Based |
| 4 | on the representations and the declaration submitted therewith, and for good cause |
| 5 | shown, it is |
| 6 | hereby ORDERED that the Scheduling Order (Doc. 36) is modified as follows: |
| 7 |     1. The deadline for non-expert discovery shall be extended to January 21, |
| 8 | 2022; |
| 9 |     2. Expert disclosures, if any, shall be made by January 21, 2022; |
| 10 |     3. Discovery Motions shall be made by February 6, 2022; |
| 11 |     4. Motion Cut-Off Hearing Date is set for February 14, 2022 at 8:30 a.m. |
| 12 | PT; |
| 13 |     5. Final Pretrial Conference is set for March 7, 2022 at 8:30 a.m. PT; and |
| 14 |     6. The Jury Trial is set for March 28, 2022. |
| 15 | |
| 16 | IT IS SO ORDERED. |
| 17 | DATED:                                    By: _____ |
| 18 | Hon. Judge David O. Carter |