S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
JACOB M. CLARK (CA Bar No. 266630)
jclark@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

ANDERSON J. DUFF (*pro hac vice*)
ajd@hoganduff.com
DUFF LAW PLLC
43-10 Crescent St. Ste. 1217
New York, New York 11101
(Tel) (646) 450-3607

Attorneys for Plaintiff
WATER FOR LIVING, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATER FOR LIVING, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>GFORCE CORPORATION d/b/a DFX SPORTS & FITNESS LLC, a Nevada corporation; CENTURY TREE SERVICE, INC., a California corporation; and FLOYD TOM SMITH, an individual in California,<br><br>Defendants. | CASE NO.: 8:21-cv-00094-DOC-JDE<br><br>**JUDGE:** Honorable James V. Selna<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO ALL PARTIES, THEIR RESPECTIVE COUNSEL, AND THE COURT:**

Pursuant to Local Rule 40-2, the parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case (both the Complaint and Counterclaims), and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All parties, therefore, apply to this Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/Order to Show Cause Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

DATED: January 28, 2022

ALVARADOSMITH
A Professional Corporation

By: /s/ Anderson J. Duff
S. CHRISTOPHER YOO
ANDERSON J. DUFF
Duff Law PLLC
*Attorneys for Plaintiff*
WATER FOR LIVING, LLC

DATED: January 28, 2022

GUERTS LAW FIRM

By: : /s/ SPhillip Guerts
PHILIP GUERTS
*Attorneys for Defendants*
FLOYD T. SMITH and CENTURY TREE SERVICE, INC.